| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Treasures and Gems, Ltd** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                          **12/15**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................   $   **4,540,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $   **956,159.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................   $   **5,496,159.00**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **2,400,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $   **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   **0.00**

4.   **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b                                                                                         $   **2,400,000.00**