# EXHIBIT D

## 250 E 90th Street

## Budget September 2021

**Rental Income:**

| Apt | Rent |
|---|---:|
| 2N | 1,300.00 |
| 2S | 1,300.00 |
| 3N | 1,300.00 |
| 3S | 930.00 |
| 4N | 1,300.00 |
| 4S | 1,300.00 |
| 5N | 585.00 |
| 5S | 1,300.00 |
| | |
| Hair Salon | 1,600.00 |
| Pizzeria | 8,181.00 |
| Spa | 3,415.00 |
| Kosher Connection | 1,500.00 |
| | |
| **TOTAL** | 24,011.00 |

**Expenses:**

| | |
|---|---:|
| Real Estate Taxes | 6,500.00 |
| Heating Fuel | 1,465.00 |
| Electric | 300.00 |
| Superintendent | 700.00 |
| Exterminator | 115.00 |
| Snow Removal | |
| Building Supplies | |
| Management Fees | |
| Insurance | 700.00 |
| Water | 970.00 |
| Employee Meals | |
| Telephone | 65.00 |
| Rel Holiday Observances | |
| Mortgage Fees | 15,586.00 |
| Vehicle | |

| | |
|---|---:|
| Filing | |
| US Trustee Fees | 500.00 |
| **TOTAL** | **26,901.00** |
| Requested Carve Out for Debtor's Counsel | 5,000.00 |